# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| vs. | : | Case No. 5:22-CR-1-MTT-15 |
| | : | |
| RONALD BREWER, | : | |
| | : | |
| Defendant. | : | |

## ORDER DISMISSING INDICTMENT AS TO RONALD BREWER

Before the Court is the Government's Motion to Dismiss Indictment as to Defendant Ronald Brewer. The Government has indicated in its motion that the case against this Defendant warrants dismissal.

The Court, having reviewed the motion, finds good cause exists to grant the Government's motion to dismiss. Accordingly, pursuant to Rule 48(a), the charges against Defendant Ronald Brewer are DISMISSED.

**SO ORDERED**, this 22nd day of August, 2022.

S/ Marc T. Treadwell
_____
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT